UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRACY JEFFREY,

Plaintiff,

JUDGMENT
19-CV-7209 (PKC) (CLP)

v.

DTG OPERATIONS, INC. and THE HERTZ CORPORATION,

Defendants.
-------------------------------------------------------------X

A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on March 31, 2020, granting Defendants' motion to dismiss pursuant to the first-filed rule; and dismissing the Complaint without prejudice; it is

ORDERED and ADJUDGED that Defendants' motion to dismiss pursuant to the first-filed rule is granted; and that the Complaint is dismissed without prejudice.

Dated: Brooklyn, New York
March 31, 2020

Douglas C. Palmer
Clerk of Court

By: *<u>/s/Jalitza Poveda</u>*
Deputy Clerk